**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1613**

JOHN S. STRITZINGER,

            Plaintiff - Appellant,

      v.

BANK OF AMERICA; VERNON MC WRIGHT; CHARLES HOLLIDAY; BRIAN
MOYNIHAN; UNITED STATES OF AMERICA; WALTER MASSEY,

            Defendants – Appellees,

      and

WILLIAM MASSEY; OFFICE OF THE PRESIDENT OF THE UNITED
STATES; OFFICE OF THE VICE PRESIDENT OF UNITED STATES,

            Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Terry L. Wooten, Chief District
Judge.  (3:15-cv-01469-TLW)

Submitted:  July 28, 2016          Decided:  August 1, 2016

Before MOTZ and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

John S. Stritzinger, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Stritzinger appeals the district court's order adopting the magistrate judge's recommendation dismissing his complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Stritzinger's informal brief does not challenge the basis for the district court's disposition, Stritzinger has forfeited appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment and deny Stritzinger's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3